

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Acting Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **ALAN H. SCHEINER**<br>*Senior Counsel*<br>Phone: (212) 356-2344<br>Fax: (212) 356-3509<br>ascheine@law.nyc.gov |

July 15, 2021

**VIA ECF**
Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    *Manolo Mascarina, as the Adm. of the Estate of Faustino Dioso, et al. v. City, et al.*, 20-CV-1235 (RPK)(RML)

Your Honor:

      I am a Senior Counsel in the Office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York ("City"), and the attorney assigned to represent the City in the above-referenced action.

      I am writing to respectfully request an extension of time for the parties to submit their pre-conference submissions with respect to settlement, from July 15, 2021, to July 19, 2021. The additional time is required for defendants to complete their submission, due to other matters arising since the submission was scheduled.  Plaintiff consents to the request, and requests that plaintiff's submission be due on the same date, to which defendants of course consent.

      We thank the Court for its consideration of this matter.

                               Respectfully submitted,

                                 *Alan H. Scheiner*   /s/

                                 Alan H. Scheiner

cc: All Counsel (By ECF)