

Wylie Stecklow, Esq.
111 John Street, Suite 1050
New York, New York 10038
Phone: (212) 566-8000
Fax: (212) 202-4952
Wylie@wylielaw.com

October 14, 2021

*Via ECF*
United States District Hon. Judge Robert M. Levy
Eastern District of New York
225 Cadman Plaza East
Brooklyn, York, NY  10007

    Re:    <u>Estate of Dioso v. City of New York</u>, et al, 20CV01235

Dear Honorable Judge:

    I am co-counsel for Plaintiff in the above-captioned action. I write on behalf of all parties in this matter. By this letter, the parties seek an extended time to file the stipulation of settlement and related documents in this matter. This request is required as the estate must file a motion with the Surrogate's Court in order to obtain the Court's approval of the settlement, prior to the administrator being authorized to sign the settlement papers.

    The defense is unwilling to go forward with the settlement of just one Plaintiff (Lourdes Dioso), and prefers that the parties' settlements proceed together. Currently, the Court has requested that the parties file a stipulation of settlement no later than October 14, 2021. Unfortunately, the parties are unable to file the stipulation as the estate administrator is not empowered to authorize the settlement. The estate has retained counsel to file the appropriate filing. While we cannot dictate the pace of the Surrogate Court docket, we are filing a petition to compromise this litigation in the Surrogates Court within the next fourteen (14) days. I am informed that it is likely that the compromise would not be approved prior to six (6) months.

    I thank the Court for its consideration in this matter.

    Respectfully submitted,

    Wylie M. Stecklow

cc: ACC Alan Scheiner, Cary London