IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MANOLO MASCARINAS, AS THE ADMINISTRATOR
OF THE ESTATE OF FAUSTINO DIOSO a/k/a FAUSTINO
DIOSO, AND LOURDES DIOSO;

                        Plaintiff,            Index 20-cv-01235
                                                        (RPK)(RML)
                                              **ORDER**
        -against-

THE CITY OF NEW YORK, et al.,
                        Defendants.
-----------------------------------------------------------------X

      **WHEREAS**, a settlement has been reached in principle in this action that is agreeable to the parties herein;

      **WHEREAS,** Plaintiff administrator is required to obtain approval from the Surrogate Court in order to be authorized to execute the settlement paperwork;

      **WHEREAS,** the Surrogate filings require a statement concerning the existence or non-existence of Medicaid and Medicare liens;

      **WHEREAS**, the City of New York's Human Resources Administration Department of Social Services has indicated that they will not address a lien request submitted in October 2021 for an indeterminate additional time in the absence of a Court Order to expedite same; and

      **NOW, THEREFORE, IT IS HEREBY ORDERED**, that the City of New York's Human Resources Administration Department of Social Services address the lien request submitted for Plaintiff MASCARINAS herein on an expedited basis, and deliver the results of same to Plaintiff's Counsel, Caitlin Robin and Associates PLLC, 30 Broad Street, Suite 702, New York, NY 10004, as soon as is practicable.

Dated: November 28, 2021

1

SO ORDERED:

*Robert M Levy*
Robert M. Levy
U.S.M.J.