

Wylie Stecklow, Esq.
111 John Street, Suite 1050
New York, New York 10038
Phone: (212) 566-8000
Fax: (212) 202-4952
Wylie@wylielaw.com

February 22, 2022

*Via ECF*
United States District Hon. Judge Robert M. Levy
Eastern District of New York
225 Cadman Plaza East
Brooklyn, York, NY  10007

      Re:    <u>Estate of Dioso v. City of New York</u>, et al, 20CV01235

Dear Honorable Judge:

    Please recall that I am co-counsel for Plaintiff in the above-captioned action. Please accept this correspondence as an update in satisfaction of the below order entered on the docket on October 25, 2021.

> STATUS REPORT ORDER: Status Report due in 120 days. Ordered by Magistrate Judge Robert M. Levy on 10/25/2021. (Marino, Janine) (Entered: 10/25/2021)

    Counsel for the Estate of Faustino Dioso was retained to file appropriate documents with the Surrogate Court of New York, Richmond County.  Prior to the Surrogate's filing, we worked together to obtain a waiver from family members of the late Faustino Dioso; waiver from the NYC Department of taxation; and we had to clear all Medicaid and Medicare liens.  This honorable court issued an expedite order for the Medicare and Medicaid lien requests on November 28, 2021.  Thereafter, on December 22, 2021, the full surrogate's filing was made on behalf of the Estate of Faustino Dioso to approve the settlement in this matter.

    Earlier today I communicated with counsel for the Estate of Faustino Dioso. I was informed that the current status is awaiting a decision from the Surrogate's Court to approve the settlement.  It is the belief of that counsel that the file is currently being reviewed by the Law Department of the Surrogate's Court, and upon approval will be sent to the Surrogate's Court for approval.   Unfortunately, neither the Law Department nor the Surrogate's Court will provide an estimate or update on timing for approval.

    The original estimate on timing was a decision from the Surrogate's Court within six (6) months of filing. (See Docket 29).  By this estimate, the approval could come as late as June 22, 2022.

    I thank the Court for its consideration in this matter.

Respectfully submitted,

Wylie M. Stecklow

cc: ACC Alan Scheiner, Cary London