WYLIE STECKLOW PLLC
LAWYERS FOR THE REST OF US.COM

Wylie Stecklow, Esq.
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
New York, New York 10019
Phone: (212) 566-8000
Fax: (212) 202-4952
Wylie@wylielaw.com

June 21, 2022

*Via ECF*

United States District Hon. Judge Robert M. Levy
Eastern District of New York
225 Cadman Plaza East
Brooklyn, York, NY  10007

      Re:    <u>Estate of Dioso v. City of New York</u>, et al, 20CV01235

Dear Honorable Judge:

      Please recall that I am co-counsel for Plaintiff in the above-captioned action. Please accept this correspondence as an update in satisfaction of the order entered on the docket on May 16, 2022 for a status report order.

      On December 22, 2021, the full surrogate's filing was made on behalf of the Estate of Faustino Dioso to approve the settlement in this matter.

      Counsel for the Estate of Faustino Dioso has provided the following information:

*The update is it is being reviewed by the Richmond County Surrogates Court Law Department, who hopes to either issue a decision or request additional supporting documentation shortly.*

      I thank the Court for its consideration in this matter.

                       Respectfully submitted,

                       Wylie M. Stecklow

cc: ACC Alan Scheiner, Cary London