

Wylie Stecklow, Esq.
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
New York, New York 10019
Phone: (212) 566-8000
Fax: (212) 202-4952
Wylie@wylielaw.com

September 2, 2022

*Via ECF*
United States District Hon. Judge Rachel P. Kovner
Eastern District of New York
225 Cadman Plaza East
Brooklyn, York, NY  10007

  Re: <u>Estate of Dioso v. City of New York</u>, et al, 20CV01235

Dear Honorable Judge:

  Please recall that I am co-counsel for Plaintiff in the above-captioned action. Please accept this correspondence as a joint letter and update in satisfaction of the order entered on the docket on August 26, 2022, for a status report order.

  On December 22, 2021, the full surrogate's filing was made on behalf of the Estate of Faustino Dioso to approve the settlement in this matter. In August 2022, the Surrogate Court (court attorney) responded by phone to our surrogate attorney (Elena Cohen) identifying additional information that the Court needed. The surrogate attorney promised to follow up in writing. Earlier today, the surrogate attorney followed up apologizing for the delay and explained that they had been dealing with having contracted covid.

  The information now being sought includes an explanation of the attorney fee split between myself, Cary London and Caitlin Robbin, an explanation of the settlement split between Mrs. Dioso and the mother of Faustino Dioso, the court required that the estate legal fee be paid by counsel and not by the estate and an explanation of who is to pay it.

  At this point, we have all of this information collected except the part that is required from Mrs. Dioso.  We have been in communication with Mrs. Dioso and her brother Manolo Mascarinas, and we have requested some documentary back up to identify that during his lifetime, Mr. Dioso was supported by Mrs. Dioso who was working full-time while Mr. Dioso was only working part-time.  We will also receive documents identifying that Mrs. Dioso was paying most of the bills of their living expenses.  Once we receive this last bit of information, we will resubmit the information to the surrogate's court.

  After we resubmit this information to the surrogate's court, we will learn if the court accepts the documentation and approves the settlement, or if they require a hearing.

  I thank the Court for its consideration in this matter.

              Respectfully submitted,

              Wylie M. Stecklow

cc: ACC Alan Scheiner,
  Cary London, Caitlin Robin, Elena Cohen